# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **e-LYNXX CORPORATION**, : | **CIVIL ACTION NO. 1:10-CV-2535** |
| **Plaintiff** : | |
| : | **(Judge Conner)** |
| v. : | |
| : | |
| **INNERWORKINGS, INC.**, *et al.*, : | |
| **Defendants** : | |

## O R D E R

AND NOW, this 8th day of March, 2012, the Court, having jurisdiction over Plaintiff e-LYNXX Corporation ("e-LYNXX") and Defendant Staples, Inc. ("Staples"), and the subject matter at least pursuant to 28 U.S.C. §1338, and upon consideration of e-LYNXX's and Staples' Stipulation of Dismissal (Doc. 188), HEREBY ORDERS, that all of the claims and counterclaims between e-LYNXX and Staples, and any part thereof, are hereby dismissed. The claims of e-LYNXX against Staples are hereby dismissed with prejudice and the counterclaims of Staples against e-LYNXX are hereby dismissed without prejudice. Each party is to bear its own attorneys' fees and expenses incurred in this action. All relief not expressly granted herein is denied.

  S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge