# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **e-LYNXX CORPORATION**, | : | **CIVIL ACTION NO. 1:10-CV-2535** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **INNERWORKINGS, INC.**, *et al.*, | : | |
| **Defendants** | : | |

## O R D E R

AND NOW, this 8th day of March, 2012, the Court, having jurisdiction over Plaintiff e-LYNXX Corporation ("e-LYNXX") and Defendant Taylor Corporation ("Taylor"), and the subject matter at least pursuant to 28 U.S.C. §1338, and upon consideration of e-LYNXX's and Taylor's Stipulation of Dismissal (Doc. 189), HEREBY ORDERS, that all claims between e-LYNXX and Taylor, and any part thereof, are hereby dismissed, with prejudice. Each party is to bear its own attorneys' fees and expenses incurred in this action.  All relief not expressly granted herein is denied.

                                                                     S/ Christopher C. Conner
                                                              CHRISTOPHER C. CONNER
                                                              United States District Judge