# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **e-LYNXX CORPORATION**, : | **CIVIL ACTION NO. 1:10-CV-2535** |
| Plaintiff : | |
| : | **(Judge Conner)** |
| v. : | |
| : | |
| **INNERWORKINGS, INC.**, *et al.*, : | |
| Defendants : | |

## O R D E R

AND NOW, this 3rd day of December, 2012, the Court, having jurisdiction over Plaintiff e-LYNXX Corporation ("e-LYNXX") and Defendants Newline Noosh, Inc. ("Noosh") and Dr Pepper Snapple Group, Inc. ("Dr Pepper"), and upon consideration of parties' Stipulation of Dismissal Without Prejudice (Doc. 220), hereby ORDERS that all claims between e-LYNXX, Noosh, and Dr Pepper, are hereby dismissed without prejudice. Each party shall bear its own attorneys' fees, costs and expenses. Any relief not expressly granted herein is denied.

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge