## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **e-LYNXX CORPORATION,** | : | **CIVIL ACTION NO. 1:10-CV-2535** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **INNERWORKINGS, INC.,** *et al.*, | : | |
| **Defendants** | : | |

## O R D E R

AND NOW, this 3rd day of December, 2012, the Court, having jurisdiction over Plaintiff e-LYNXX Corporation ("e-LYNXX") and Defendant Rent-a-Center, Inc. ("Rent-a-Center") and, upon consideration of parties' Stipulation of Dismissal Without Prejudice (Doc. 221), hereby ORDERS, that all claims between e-LYNXX and Rent-a-Center, are hereby dismissed without prejudice. Each party shall bear its own attorneys' fees, costs and expenses. Any relief not expressly granted herein is denied.

       S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge