# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| e-LYNXX CORPORATION, | : | CIVIL ACTION NO. 1:10-CV-2535 |
| | : | |
| Plaintiff, | : | |
| | : | (Chief Judge Conner) |
| v. | : | |
| | : | |
| INNERWORKINGS, INC., | : | |
| RENT-A-CENTER, INC., | : | |
| DR. PEPPER SNAPPLE GROUP, | : | |
| INC., R.R. DONNELLEY & SONS | : | |
| CO., NEWLINENOOSH, INC., | : | |
| THE STANDARD REGISTER CO., | : | |
| AND CIRQIT.COM, INC., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 6th day of February, 2014, upon consideration of the motion to alter or amend judgment (Doc. 308) pursuant to Federal Rule of Civil Procedure 59(e), filed by plaintiff e-LYNXX Corporation, and for the reasons discussed in the accompanying memorandum, it is hereby ORDERED that the motion to alter or amend judgment (Doc. 308) is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania